# United States District Court

## WESTERN DISTRICT OF OKLAHOMA

JAMES PAVATT,
    Plaintiff,
and

JEFFREY D. MATTHEWS,
    Intervenor Plaintiff,

JOHN D. DUTY,
    Intervenor Plaintiff

v.

JUSTIN JONES, et al.,
    Defendants.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CIV-10-141-F

| PRESIDING JUDGE<br><br>Stephen P. Friot | PLAINTIFF'S ATTORNEY<br><br>Timothy R. Payne | DEFENDANT'S ATTORNEY<br><br>Stephen Krise<br>Martha Kulmacz |
|---|---|---|
| HEARING DATE<br>November 19, 2010 | COURT REPORTER<br>Tracy Washbourne | COURTROOM DEPUTY<br>Lori Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Medical Examiners report on Jimmy D. Bland |
| 2 | | | | | Medical Examiners report on Frank D. Welch |
| 3 | | | | | Medical Examiners report on Darwin D. Brown |
| 4 | | | | | Medical Examiners report on Donald R. Wackerly II |
| 5 | | | | | Diagram of Execution Chamber |
| 6 | | | | | Video of Execution Chamber |
| 7 | | | | | Department of Corrections file(s) on executed offenders (listed above 1-4). |
| 8 | | | | | Oklahoma State Penitentiary file(s) on executed offenders (listed above 1-4) |
| 9 | | | | | Reports/documents from Department of Corrections concerning all training for executions since August 7, 2006 |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF .NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 10 | | | | | Reports/documents from Oklahoma State Penitentiary concerning all training for executions since August 7, 2006 |
| 11 | | | | | All Oklahoma State Penitentiary logs concerning the execution of offenders (listed above 1-4) |
| 12 | | | | | Medical prescriptions for chemicals/drugs used in the executions of offenders (listed above 1-4) |
| 13 | | | | | Oklahoma State Penitentiary "sequence of events" documents concerning the executions of offenders (listed above 1-4) |
| 14 | | | | | Curriculum Vitae of David B. Waisel, M.D |
| 15 | | | | | Reports of any testifying expert |
| 16 | | | | | Documents pertaining to the "chain of custody" related to the executions of offenders (listed above 1-4) |
| 17 | | | | | All Preliminary Incident Review documents relating to the executions of offenders (listed above 1-4) |
| 18 | | | | | All Serious Incident Review documents relating to the executions of offenders (listed above 1-4) |
| 19 | | | | | Department of Corrections chain of custody documents pertaining to the drug pentobarbital obtained by Oklahoma State Penitentiary for use in executions post October 14, 2010 |
| 20 | | | | | Confidentiality agreement of the members of the execution teams for the offenders executed |
| 21 | | | | | Department of Corrections operations policies and procedures relating to execution procedures, and any and all amendments thereto from and after August 2006. |
| 22 | | | | | Oklahoma State Penitentiary field memoranda, amended field memoranda, draft field memoranda, related to execution procedures since August 2006 |
| 23 | | | | | Board of Corrections Policy statements on execution procedures |
| 24 | | | | | Current Lethal Injection Protocols from the States of Washington and Ohio |
| 25 | | | | | Lethal Injection protocol from Kentucky at issue in *Base v. Rees* |
| 26 | | | | | All exhibits listed by defendants |
| 27 | | | | | Other exhibits identified pursuant to investigation |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| PLF. NO. | DEF .NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.